UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE:  
    WILLIAM DAVID DEERING  
    BARBARA ANN DEERING  
                            Debtors

CASE NO: 06-32908  
      (Chapter 13)

JUDGE LAWRENCE S. WALTER

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4009993**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 8/ 28 | MONEYBACK INC<br>BOX 467<br>HINESVILLE, GA  31310 | 67.76 |

/s/ Jeffrey M. Kellner  
Jeffrey M. Kellner  0022205  
Chapter 13 Trustee  
131 N LUDLOW ST   SUITE 900  
DAYTON, OH  45402-1161  
(937)222-7600   Fax (937)222-7383  
email: chapter13@dayton13.com

Dated: 4/13/2010

Certificate of Service          06-32908

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

WILLIAM DAVID DEERING
1325 SOUTH HAMPTON ROAD
NEW CARLISLE, OH  45344

BARBARA ANN DEERING
924 Hayes Avenue
Hamilton, OH  45015

RICHARD E WEST
195 E CENTRAL AVE
BOX 938
SPRINGBORO, OH  45066

(45.1n)
CITIMORTGAGE INC
MCCALLA RAYMER  BK DEPT
1544 OLD ALABAMA RD
ROSWELL, GA  30076

(51.1n)
CITIMORTGAGE INC
BOX 9447
GAITHERSBURG, MD  20898

(28.1)
MONEYBACK INC
BOX 467
HINESVILLE, GA  31310

(53.1n)
TODD M KILDOW
PHILLIPS, GARDILL, KAISER&ALTI
61 FOURTEENTH ST
WHEELING, WV  26003

(54.1n)
WESBANCO BANK INC
1 BANK PLAZA
WHEELING, WV  26003

Jeffrey M. Kellner BY      /s/ Jeffrey M. Kellner_____    cs